1  GEORGE G. WEICKHARDT (SBN 58586)
   ROPERS, MAJESKI, KOHN & BENTLEY PC
2  201 Spear Street, Suite 1000
   San Francisco California 94105
3  Telephone:    (415) 972-6370
   Facsimile:    (415) 972-6301
4  Email:        gweickhardt@rmkb.com

5  Of Counsel:
   LEANN PEDERSEN POPE (*Pro Hac Vice pending*)
6    lpope@burkelaw.com
   DANIELLE J. SZUKALA (*Pro Hac Vice pending*)
7    dszukala@burkelaw.com
   BURKE, WARREN, MACKAY & SERRITELLA, P.C.
8  330 North Wabash Avenue, 22nd Floor
   Chicago, Illinois 60611
9  Telephone:    (312) 840-7000
   Facsimile:    (312) 840-7900

10
   Attorneys for Defendants
11 EMC MORTGAGE CORPORATION AND THE BEAR
   STEARNS COMPANIES LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)**

| | |
|---|---|
| NATHANIEL HAYNES, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EMC MORTGAGE CORPORATION, BEAR STEARNS, QUALITY LOAN SERVICE CORPORATION, and DOES 1 through 1000, inclusive,<br><br>Defendants. | Case No. 4:10-cv-00372 WHA<br><br>[PROPOSED] ORDER GRANTING CONTINUATION OF HEARING DATE AND SETTING NEW BRIEFING SCHEDULE<br><br>Complaint Filed: December 21, 2009<br>Trial Date: Not yet set<br><br>Original Hearing Date: March 25, 2010<br>Stipulated New Hearing Date: April 8, 2010<br><br>Hearing Time: 8:00 a.m. |

25  ///
26  ///
27  ///
///
28  ///

RC1/5518166.1/AB7                    1              [PROPOSED] ORDER GRANTING
                                                    CONTINUATION OF HEARING DATE AND
                                                    SETTING NEW BRIEFING SCHEDULE

1  Pursuant to the stipulation of the parties,

2  IT IS HEREBY ORDERED:

3  The Court continues the hearing on defendants' motion to dismiss and plaintiff's motion
4  to remand to April 8, 2010 at 8:00 a.m. and continues the deadlines to file an opposition to March
5  18, 2010 and the deadlines to file a reply to March 25, 2010.

6  Dated: March 4, 2010



HON. WILLIAM H. ALSUP

IT IS SO ORDERED
Judge William Alsup

RC1/5518166.1/AB7                    2                    [PROPOSED] ORDER GRANTING
                                                          CONTINUATION OF HEARING DATE AND
                                                          SETTING NEW BRIEFING SCHEDULE

Ropers Majeski Kohn & Bentley
A Professional Corporation