

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| NATHANIEL HAYNES, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EMC MORTGAGE CORPORATION, BEAR STEARNS, QUALITY LOAN SERVICE CORPORATION, and DOES 1 through 1000, inclusive,<br><br>Defendants. | Case No. 4:10-cv-00372<br><br>(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE |

Danielle J. Szukala, an active member in good standing of the bar of Illinois whose business address and telephone number is Burke, Warren, MacKay & Serritella, P.C., 300 N. Wabash Ave., Floor 22, Chicago, Illinois 60611; 312.840.7000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing EMC Mortgage Corporation and The Bear Stearns Companies LLC,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application

648232v4

will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, Electronic Case Filing.

Dated: March 4, 2010.



IT IS SO ORDERED
Judge William Alsup
United S[tates District Judge]

2

648232v4