RECEIVED
2010 FEB -3  P 3: 57
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA (OAKLAND)

| | |
|---|---|
| NATHANIEL HAYNES, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EMC MORTGAGE CORPORATION, BEAR STEARNS, QUALITY LOAN SERVICE CORPORATION, and DOES 1 through 1000, inclusive,<br><br>Defendants. | Case No. 4:10-cv-00372<br><br>~~(Proposed)~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE |

LeAnn Pedersen Pope, an active member in good standing of the bar of Illinois whose business address and telephone number is Burke, Warren, MacKay & Serritella, P.C., 300 N. Wabash Ave., Floor 22, Chicago, Illinois 60611; 312.840.7000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing EMC Mortgage Corporation and The Bear Stearns Companies LLC,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application

648232v3

1  will constitute notice to the party. All future filings in this action are subject to the requirements
2  contained in General Order No. 45, Electronic Case Filing.
3
4
5  Dated: March 5, 2010.
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



2

648232v3