IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHANIEL HAYNES, on behalf of himself and all other similarly situated,<br><br>   Plaintiffs,<br><br>  v.<br><br>EMC MORTGAGE CORPORATION, BEAR STEARNS, QUALITY LOAN SERVICE CORPORATION, and DOES 1 through 1000, inclusive,<br><br>   Defendants. | No. C 10-00372 WHA<br><br>**ORDER CLARIFYING HEARING DATE** |

   The parties are advised that the recent clerks notice (Dkt. No. 39) setting a hearing date of 2:00 p.m. on March 25, 2010, was filed in error. The hearing on the motion to dismiss and motion to remand is scheduled for 8:00 a.m. on April 8, 2010, as set forth in the order filed on March 4, 2010 (Dkt. No. 30).

   **IT IS SO ORDERED.**

Dated: March 24, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE